```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 26708
    ALPHA J WASHINGTON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6569


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 07/06/2005 and was confirmed 08/22/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 11/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC  SECURED             3748.01        132.57       3748.01
GENERAL MOTORS ACCEPTANC  UNSEC W/INTER NOT FILED              .00           .00
STATE OF ILLINOIS         PRIORITY     NOT FILED               .00           .00
BANK OF AMERICA NA        UNSEC W/INTER NOT FILED              .00           .00
SMC % CARSON PIRIE SCOTT  UNSEC W/INTER      743.50          89.29         743.50
COMMONWEALTH EDISON       UNSEC W/INTER NOT FILED              .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     2581.62         310.04        2581.62
ECAST SETTLEMENT CORP     UNSEC W/INTER     7568.13         871.19        7568.13
ECAST SETTLEMENT CORP     UNSEC W/INTER     2072.25         238.45        2072.25
PROVIDIAN NATIONAL BANK   UNSEC W/INTER     2208.74         256.03        2208.74
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER         .00            .00           .00
FORD MOTOR CREDIT         SECURED NOT I         .00            .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      838.07          92.24         838.07
SELECT LEGAL PC           DEBTOR ATTY      1,100.00                      1,100.00
TOM VAUGHN                TRUSTEE                                        1,384.62
DEBTOR REFUND             REFUND                                        84,679.85

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              108,914.60

PRIORITY                                        .00
SECURED                                    3,748.01
    INTEREST                                 132.57
UNSECURED                                 16,012.31
    INTEREST                               1,857.24
ADMINISTRATIVE                             1,100.00
TRUSTEE COMPENSATION                       1,384.62
DEBTOR REFUND                             84,679.85
                                         ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 26708 ALPHA J WASHINGTON
```

```
TOTALS                             108,914.60          108,914.60
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
Dated: 02/27/08              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE
```